# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE BURLINGTON INSURANCE COMPANY, )
)
    Plaintiff, )   Case No. 2:10-cv-01623-RCJ-GWF
)
vs. )   **ORDER**
)
GREATER PERSHING PARTNERSHIP, *et al.*, )
)
    Defendants. )
)

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed September 21, 2010. Defendants Pershing County, Roger Mancebo, Dave Ayoob and Darin Bloyed filed their Answer (#13) on January 4, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 4, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 22nd day of February, 2011.

                                            */s/ George Foley, Jr.*
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge